# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Bamm oh

_____

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

- Warden - Dorrity
- Lt Melton
- c/o Vallejo
- RN Heather
- Dr. Radior
- RN Amanda

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Complete every section and **SIGN PAGE 7.**

(rev. 11/7/22)

A. **JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. [X] State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. [ ] Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

B. **PLAINTIFF (THE PERSON FILING THIS COMPLAINT)**

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Bamm oh
   b. Inmate Number: 26 1810
   c. Correctional facility: MacDougall Correctional Centre

2. Indicate whether you are a prisoner or other confined person as follows (check all that apply):

   [ ] Pretrial detainee
   [ ] Civil committed detainee
   [ ] Immigration detainee
   [X] Convicted and sentenced state prisoner
   [ ] Convicted and sentenced federal prisoner
   [ ] Other (explain) _____

2

C. **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1. First Defendant
   a. Full Name: Dorrity
   b. Rank or Title: Warden
   c. Workplace: Corrigain C.I. 986 Norwich Newlondon TPK Uncasville CT 06382

2. Second Defendant
   a. Full Name: Melton
   b. Rank or Title: Lutenote Lt
   c. Workplace: Corrigain Correctional Center

3. Third Defendant
   a. Full Name: Vallejo
   b. Rank or Title: Correctional officer
   c. Workplace: Corrigain Correctional Center

4. Fourth Defendant
   a. Full Name: Heather Reddy
   b. Rank or Title: Nurse
   c. Workplace: Corrigain Correctional Center

5. Fifth Defendant
   a. Full Name: Radior
   b. Rank or Title: Medical Doctor
   c. Workplace: Corrigain Correctional Center

3

6. Sixth Defendant

    a. Full Name: Amanda

    b. Rank or Title: Nurse

    c. Workplace: Corrigan Correctional Center

**D. REASON FOR COMPLAINT**

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.**

1. Please see attached Briefs

2.

3.

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

### E.     REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

See Attached Brief.

F.  DO YOU WISH TO HAVE A JURY TRIAL? YES ☒  NO ☐

G.  PLAINTIFF'S CERTIFICATION AND WARNINGS

**Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6.      Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at: _Mcedcigell I P33_ on _10/26/25_
        (Location)                    (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

7

# Brief of the account of the incedent

On September 25 2025 around 8:50 Am I Bammoh was Being detained in fox unit Corrigan Correctional Center after a non violent incedent. I Bammoh was handcuffed in the upper fox unit Sally Port with Lt Melton Detendent I Bammoh was threaten By officers when I Bammoh Plaintiff turned my head To say Something Lt Molton Sprayed me Bammoh Plaintiff three (3) times in the face with Peper spray - Cemicole agent I Bammoh Plaintiff then felt my left hand that was cuffed along with my Right hand Being agresivily Pulled at c/o Correctional officer took my left Ring finger and Bent the finger Causeing aginizing Pain I told Lt Melton the officer Vallejo was try to hurt me Bammoh Plaintiff By Forising my finger Back Lt Melton did nothing I Bammoh Plaintiff Continued to yell "the officer is Breaking my finger" several Correctional officers did nothing to stop the officer I Bammoh Plaintiff felt officers Punching me in my Back and

1

Bell of the
incedint

head Being forsed Into the Wall I Bammoh Kept asking It melton to get correctional officer off my left hand Vallejo was Breaking my finger finally I was Brought to the A/P Room Taken in a cell To Be Striped serch for Segregated housing Being I was still in Pain from my hand Nurse Amanda and Nurse Heather told me "Put you hand up So we can see" in the A/P wich is the intake - Property center of the Cornigan Corictional Center Doctor Radier did not even look at my left hand as I cald finally see the intake A/P was full of over Two (2) Dozen officers When I Bammoh finally got up To the Retictive houseing unit almost 2 Two hours later I had Told Warden Doritty the officer Vallejo Broke my finger he Warden Doritty said to me "that what you get" Nurse Amanda told me I wald go for xRays

2

the Next day But No one did any thing No medical atention No xRays I wrote and greivned the lack of medical atention RN Heather told me the Doctor Radick did not Believe my Finger was ingured.

I was Transfered To Macdougall on october 6th 2025 during a rutien Doteor visit I told the Pervider about my left Ring finger The Pervider Put in for xRays I Bammoh after the xRays on october 10 2025 at MacDougall Correctond Center was informed on the following week my left Ring finger was in fact fractured I got my finer spinted and told need to see a othapitic Doctor I Bammoh Plaintiff wrote to the Warden Dorithy ask Lt.Melton and the Medical STaff in this for help. But No one did.

3

# The Facts

1 of 1

## The Argument

1. The Lt. there Job is To lead To step in and Be in charge Lt Melton did not Need To spray me three times Lt. Melton should have had removed the Correctional officer Vallejo when I said he was Breaking my finger No were in any situation does it say they can Break a finger if needed

   Excevise use of forse was used By the officer in this

2. Medical Staff cold not make a medical Decition that my finger was fine By look at my had threw a Dirty Plexy glass window for 12 days prior to the incedent I repeadly try To get help from Medical with no help at all

3. I saw the Warden 4 times while in Segrigation he did nothing But laugh at the request I had for medical treatment.

Negigence By medical

1

## The Facts apply to the matter

all the Partys in the above Case Violated my 8th amendment Rights Cruel and Unsual Punishment Constitutional deliberate indifference

Hudson v. McMillian 503 US 1 112 SCt 995 117 L Ed 2d (1992)

Davis v. Renn Le 264 f 3d 86 (1)t cir 2001)

Watts v. McKinney 394 8d 710 (9th cir 2005)

medical –

Jett v. Renner 439 f 3d 1091 (9th cir 2006)

delayed treatment

Edwards v. Snyder 478 f 3d 827 (9th cir 2007)

dislocated finger

The offical Broke my finger and Medical Staff did nothing To there oath and job To help and fact lyed in the Medical Records

1

# Part of The facts – Argument

1 – 2

1. I Bammoh Plaintiff will say the Lt. Melton should have stopped the officer ask for the Lt. Melton Repealy for help the officer c/o Vallejo used excevive forse and fracured my finger

2. I Bammoh Plaintiff was hand cuffed, sprayed, and held by seveal officers no reason for the forse that factured my finger to be used

3. Medical fail to properly exsamine my hand

4. Medical staff ignored reqest and verbale asked for maliaL treatment.

5. medical staff lyed on medical Records about the incedutt. at the time

6. Medical staff delayed treatment this contiued for weeks

1

## Self out of The Facts of Argument

2/2

7. Medical Staffs Heather, Amanda, DF Radler ignoreing My Bammoh Plantffs injury left my Pain and Now constant Pain Untreated By Corrigan corretend Center Medical Staff

8. The Warden Dority was informed By his own offier in R HU Segristem of the medical none treatment as well as my own Verbal and writen Reqe t for help.

9. I Bammoh am a Person I deserved to Be treated with a humain act not hurt and injued ignored By medical Staff

10. To served and Protect. all Persons life and Propetry in and out of the facity no matter what a perfetend at all times this is not the case here

# Relife for

# Damages

1-3

I'm Bammah Plaintiff am asking for Monitary Damage Mental and Emothinal and Phyical Damages from

1- Darrity asking for $250,000.00 on a Perfectional Copasity for Violaton of my 8th Amendment right Cruel and Unusel Punishment.

1- Darrity asking for $250,000.00 on a indouvitial copasity for Viction of my 8th Amendment right Crue land Unical Punistment.

2- Melton- asking for $250,000.00 on a Porfetiongl copasity for violaton of my 8th amendonet Rights cuel and uncunal Punishment

3- Melton asking for $250,000.00 on a indouvitial cupasity for Violation of my 8th Amendenet Right Crueland unual Punishment.

3- c/o Vallejo Asking for $250,000.00 dollars on a Porfetional Cupasity for Violation of my 8th Amendment Rights Crueland unual Punisment.

1

Relief for

2-3   Damages

3- Clavell@JO Asking for $250,000.00 on an individual capasity for violation of my 8th Amendment Rights Cruel and Unual Punishment

4 Radior - asking for $250,000.00 on a Porfetional capasity for violation of my 8th Amendment Rights Cruel and Unual Punisment

4- Dr. Radior asking for $250,000.00 on an individual capasity for violation of my 8 amendmint Rights Cruel and Unual Punisment

5 Heather asking for $250,000.00 on a Poretional capasity for violation of my 8th Amendmut Right Cruel and Unual Punisment

5 Heathe asking for $250,000.00 an an individual capasity for violation of my 8th Amindment Right Cruel and unual Punisment

6 Amanda asking for $250,000.00 on a Porfetional capsity for violation of my 8th amendmit Right Cruel and Unal Punisment

2

Relief 60e

3-of 3

## Damages

6. Amanda asking for $250,000.00 on an indivial cepesrty for vication of my 8th Amendomt Rights Cruel and Unal Punisment.

I Bammah Planitff am asking all six (6) Defendnts for Two hundred and fifty thasand dollars $250,000.00 on a

1 Perfetional Cevel
2 indivirial Level

for Victations of the 8th Amendmet of the U.S Consitutich Cruel and Unval Punisment

Bammah
Print

_____ (signature)
Sign
10-26-25
Date